1  MICHAEL COSENTINO State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3
   Telephone:   (510) 523-4702
4  Facsimile:    (510) 747-1640
5  Attorney for Plaintiff
   United States of America
6
7
8            IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11  **UNITED STATES OF AMERICA**,
                                          Case No. **C01-0531 M**
12                   Plaintiff,
13           v.
14  **ERICA R. KAMMEYER**
    **aka ERICA A. KAMMEYER LUA**,
15                                        **WRIT OF CONTINUING**
                     Defendant,           **GARNISHMENT**
16
                   and
17  **RITE AID**,
18                   Garnishee.
    _____/
19
20  TO:   Sandi Brooker, and/or Payroll Department
          RITE AID
21        200 Newberry Commons
          Etters, PA 17319
22
23        YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF
24  THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN
25  YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-
26  JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.
27        The name, SSN XXX-XX-5897, and last known address of the person who is
28  the defendant-judgment debtor (hereinafter "debtor") in this action and whose property

1  is subject to this Writ are as follows:

2      ERICA R. KAMMEYER aka ERICA A. KAMMEYER LUA
        1374 Gaspar Court
3      Rohnert Park, CA 94928

4      This Writ has been issued at the request of the United States of America to

5  enforce the collection of a civil judgment entered in favor of the United States against

6  the debtor for a defaulted student loan in the amount of $10,354.96.  There is a

7  balance of $16,309.56 due on the judgment, which amount includes costs and interest

8  computed through June 23, 2016.

9      The following are the steps that you must take to comply with this Writ.  If you

10 have any questions, you should consult with your attorney.

11     1.  Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

12 or possession any property of the debtor, including wages, salary, or commissions, in

13 which the debtor has a substantial nonexempt interest, or if you obtain custody,

14 control, or possession of such property while this Writ is in effect, you must

15 immediately withhold such property from the debtor and retain it in your possession

16 until you receive instructions from the Court which will tell you what to do with the

17 property.  The United States has requested that the sum of 25% of the debtor's

18 disposable earnings, which under California law represents the nonexempt portion of

19 the debtor's earnings, be withheld from the defendant's earnings.

20     2.  Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

21 within 10 days after service of this Writ upon you.  You must answer the Writ even if

22 you do not have in your custody, control, or possession any property of the debtor.

23 Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

24 information:

25     a.   Whether or not you have in your custody, control, or possession, any

26          property owned by the debtor in which the debtor has a substantial

27          nonexempt interest, including nonexempt, disposable earnings;

28

Writ of Continuing Garnishment cand C01-0531 M                                           2

1    b.    a description of such property and the value of such property;

2    c.    a description of any previous garnishments to which such property is

3          subject and the extent to which any remaining property is not exempt;

4          and

5    d.    the amount of the funds you anticipate owing to the debtor in the future

6          and whether the period for payment will be weekly or another specified

7          period.

8  For your convenience, a form which addresses the above-requested information is

9  attached and may be used to Answer the Writ.

10          3.  After you complete the answer under oath, pursuant to 28 U.S.C. §

11  3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

12  must mail or deliver the original Answer bearing the original signature of the person

13  preparing the answer to the Court at the following address:

14          Civil Clerk, United States District Court
            450 Golden Gate Avenue, 16th Floor
15          San Francisco, CA 94102

16  At the same time that you mail or deliver the original answer to the Court, you must

17  also mail or deliver a copy of the original Answer to both the debtor and attorney for

18  the United States at the following respective addresses:

19  ERICA R. KAMMEYER aka ERICA A. KAMMEYER LUA
    1374 Gaspar Court
20  Rohnert Park, CA 94928

21  Michael Cosentino, Attorney at Law
    P.O. Box 129
22  Alameda, CA 94501

23  Please note that the attached form Answer contains a certificate of service which

24  needs to be completed by the person mailing the copies of the answer to the debtor

25  and the attorney for the United States, and which needs to be filed along with the

26  Answer.

27          **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**

28

Writ of Continuing Garnishment cand C01-0531 M                                    3

1   **IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE**

2   **COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO**

3   **ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH**

4   **THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO**

5   **APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY**

6   **WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR**

7   **THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY**

8   **(INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO**

9   **AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND**

10   **AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED**

11   **HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO**

12   **APPEAR.**

13

14   SUSAN Y. SOONG, Clerk
United States District Court
for the Northern District of California

15

16   Dated: _____11/3/2016_____    By: _____

17                             Deputy Clerk  Mark Romyn

DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

2. <u>Disposable earnings</u> are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1]:

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

---

[1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )
                                      ) Case No. C01-0531 M
12                      Plaintiff,    )
                                      )
13            v.                      )
                                      )
14   ERICA R. KAMMEYER                )
     aka ERICA A. KAMMEYER LUA,       )
15                                    )
                        Defendant,    )
16                                    )
                        and           )
17   RITE AID,                        )  **ANSWER OF GARNISHEE**
                                      )
18                      Garnishee.    )
     _____ )
19

20        I, _____, being first duly sworn, hereby state the following:

21        1.  I am the _____ (Official Title) of the Garnishee

22   named in the above caption.  I am authorized to prepare this Answer on behalf of the

23   Garnishee.

24        2.  The Garnishee was served with the Writ of Continuing Garnishment on

25   _____ (date) in this action.

26        3.  The Garnishee currently has custody, control, or possession of earnings of

27   the Defendant.  Yes____   No____

28        4.  The Garnishee expects to obtain custody, control, or possession of earnings

1    of the Defendant in the foreseeable future.   Yes____   No____

2        5.  For the pay period in effect on the date of service of this Writ of Continuing

3    Garnishment, the Garnishee states as follows:

4        a.       Defendant was in my/our employ.  Yes____   No____

5        b.       The Defendant's pay period is ____ weekly,   ____ bi-weekly,

6              ____ semi-monthly, ____ monthly.

7        c.       The Defendant's present pay period began on _____ (date).
             ("Present" means the pay period in which the Writ of Continuing
8              Garnishment was served.)

9        d.       The Defendant's present pay period ends on _____ (date).

10        e.       The Defendant's net wages are as calculated below:

11                  (1) Gross Pay                $_____

12                  (2) Federal income tax    $_____

13                  (3) F.I.C.A. tax       $_____

14                  (4) State income tax    $_____

15                  (5) SDI           $_____

16                       Total tax withholdings    $_____

17

            Net Wages                    $_____
18             (gross pay minus above withheld taxes)

19

       6.  Are there any other garnishments currently in effect?  Yes ____   No ____
20

   If the answers is yes, describe below and attach to this Answer a copy of each
21

   garnishment:
22

23    _____

24    _____

25    _____

       7.  Will the Garnishee owe the Defendant money in the foreseeable future?
26

   Yes ____   No____   If the answer is yes, provide the reason why such money will be
27

   owed, the amount of money that will be owed, and the date or dates on which each
28

1  payment will be due:

2

3  Type of
Payment                                        Amount                            Date Payment
Will be Due

4  1._____        _____           _____

5  2._____        _____           _____

6  3._____        _____           _____

7        8.  Does the Garnishee currently have custody, control or possession of property

8  (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the

9  Defendant maintains an interest?   Yes____   No____   If the answer is yes, then

10  provide the following information for each item of such property:

11

12  Description of
Property                                        Approximate
Value                             Description of
Defendant's Interest

13  1._____        _____           _____

14  2._____        _____           _____

15  3._____        _____           _____

16  4._____        _____           _____

17        9.  Does the Garnishee expect to obtain in the foreseeable future custody,

18  control or possession of property (other than earnings) such as bank accounts,

19  pensions, thrift plans, etc., in which the Defendant maintains an interest?   Yes____

20  No____   If the answer is yes, then provide the following information for each item of

21  such property:

22

23  Description of
Property                Approximate
Value                Description of
Defendant's Interest                Date Will
Obtain
Property

24  1. _____        _____        _____        _____

25  2. _____        _____        _____        _____

26  3. _____        _____        _____        _____

27  4. _____        _____        _____        _____

28

3

1      10.  Does the Garnishee have any objections or defenses to the Writ of

2  Continuing Garnishment?   Yes_____   No_____   If the answer is yes, list the nature

3  and basis of each objection and/or defense:

4  _____

5  _____

6  _____

7  _____

8  _____

9      On behalf of RITE AID, I hereby certify under penalty of perjury under the laws of

10  the United States of America that the foregoing is true and correct.

11

12  Telephone #_____

13

14  Fax #          _____

15

16

17  Dated: _____          By: _____

18
                                    (Sign above and type or print name below)
19

20

21

22

23

24

25

26

27

28

4

1                   <u>CERTIFICATE OF SERVICE</u>

2      I, _____, declare:

3      That I am a citizen of the United States and employed in the County of

4 _____, Pennsylvania; that my business address is

5 _____; that I am

6 over the age of eighteen years; and that I am not a party to the above-entitled action;

7      That on _____ (date), I deposited in the United States mail, in

8 envelopes bearing the requisite postage, a copy of:

9                   **ANSWER OF GARNISHEE**

10 addressed to each of the following, at their last known addresses, at which place there

11 is service by United States mail.

12 ERICA R. KAMMEYER aka ERICA A. KAMMEYER LUA
1374 Gaspar Court
13 Rohnert Park, CA 94928

14 Michael Cosentino
Attorney at Law
15 P.O. Box 129
Alameda, CA 94501

16

17      This Certificate was executed on _____ (date),

18 at _____ (city), Pennsylvania.

19      I certify under penalty of perjury that the foregoing is true and correct.

20

21                         _____

22                         (sign above and type or print name below)

23

24

25

26

27

28